# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Peter Durant,
    **Plaintiff**

    **v.**
                                         **Civil Action No. 1:24-cv-12569-FDS**

Alerion Yachts, LLC,
    **Defendant**

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated May 9, 2025 (Dkt. No. 15), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              By the Court,

05/09/2025                                             /s/ Melonie Cooke
Date                                                   Deputy Clerk